

FILED

7/17/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

A.J. Oliver                                    08cv1108-WQH-WMC

-v-

Mervyn's, LLC; Sweetwater Square, LLC;
Aardema Grandchildren's LP

# STRICKEN DOCUMENT
# (Per 7/18/2008 Discrepancy Order, Doc. # 5)

# Doc. # 3 - Notice Of Joint Motion And
# Joint Motion To Extend Time To
# Answer Or Move To Dismiss