Steven M. Zadravecz (State Bar No. 185676)
SZadravecz@jonesday.com
Christopher Hodson (State Bar No. 246461)
CHodson@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Attorneys for Defendant
MERVYN'S, LLC

Lynn Hubbard, III (State Bar No. 69733)
Scottlynn Hubbard, IV (State Bar No. 212970)
usdcso@hubslaw.com
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Attorneys for Plaintiff
A.J. OLIVER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MERVYN'S, LLC; SWEETWATER SQUARE, LLC; AARDEMA GRANDCHILDREN'S LP,<br><br>　　　　　Defendants. | Case No. 08CV-1108 WQH (WMc)<br><br>Assigned for all purposes to Honorable William Q. Hayes<br><br>**CERTIFICATE OF SERVICE** |

1  I hereby certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice List:

**NOTICE OF JOINT MOTION AND JOINT MOTION OF PLAINTIFF A.J. OLIVER AND DEFENDANT MERVYN'S, LLC TO EXTEND TIME TO ANSWER OR MOVE TO DISMISS; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE TO DISMISS**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2008.

Dated: July 17, 2008.

JONES DAY

By: s/ STEVEN M. ZADRAVECZ
    Steven M. Zadravecz

Attorneys for Defendant
MERVYN'S, LLC

Mailing Information for Case No. 08CV-1108 WQH (WMc)

Electronic Mail Notice List

The following is currently on the list to receive e-mail notices for this case:

- **Lynn Hubbard, III**
  usdcso@hubslaw.com