| | |
|---|---|
| 1 | Steven M. Zadravecz (State Bar No. 185676) |
| | SZadravecz@jonesday.com |
| 2 | Christopher Hodson (State Bar No. 246461) |
| | CHodson@jonesday.com |
| 3 | JONES DAY |
| | 3 Park Plaza, Suite 1100 |
| 4 | Irvine, California 92614 |
| | Telephone: (949) 851-3939 |
| 5 | Facsimile: (949) 553-7539 |
| | Attorneys for Defendant |
| 6 | MERVYN'S, LLC |
| 7 | Lynn Hubbard, III (State Bar No. 69733) |
| | Scottlynn Hubbard, IV (State Bar No. 212970) |
| 8 | usdcso@hubslaw.com |
| | DISABLED ADVOCACY GROUP, APLC |
| 9 | 12 Williamsburg Lane |
| | Chico, California 95926 |
| 10 | Telephone: (530) 895-3252 |
| | Facsimile: (530) 894-8244 |
| 11 | Attorneys for Plaintiff |
| | A.J. OLIVER |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER, | Case No. 08CV-1108 WQH (WMc) |
| Plaintiff, | Assigned for all purposes to Honorable William Q. Hayes |
| v. | **CERTIFICATE OF SERVICE** |
| MERVYN'S, LLC; SWEETWATER SQUARE, LLC; AARDEMA GRANDCHILDREN'S LP, | |
| Defendants. | |

| | |
|---|---|
| 1 | I hereby certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice List: |

**NOTICE OF JOINT MOTION AND JOINT MOTION OF PLAINTIFF A.J. OLIVER AND DEFENDANT MERVYN'S, LLC TO EXTEND TIME TO ANSWER OR MOVE TO DISMISS; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE TO DISMISS**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2008.

Dated: July 17, 2008.   JONES DAY

By: s/ STEVEN M. ZADRAVECZ
Steven M. Zadravecz
Attorneys for Defendant
MERVYN'S, LLC

Mailing Information for Case No. 08CV-1108 WQH (WMc)

Electronic Mail Notice List

The following is currently on the list to receive e-mail notices for this case:

- **Lynn Hubbard, III**
  usdcso@hubslaw.com