```
 1  STEVEN M. ZADRAVECZ (BAR NO. 185676)
    E-mail: szadravecz@jonesday.com
 2  CHRISTOPHER HODSON (BAR NO. 246461)
    E-mail: chodson@jonesday.com
 3  JONES DAY
    3 Park Plaza, Suite 1100
 4  Irvine, CA 92614
    Telephone:  (949) 851-3939
 5  Facsimile:  (949) 553-7539

 6  Attorneys for Defendant
    MERVYN'S, LLC
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| A.J. OLIVER, | Case No. 08 CV-1108 WQH (WMc) |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MERVYN'S, LLC; SWEETWATER SQUARE, LLC; AARDEMA GRANDCHILDREN'S LP, | |
| Defendants. | |

1  I hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List:

**DEFENDANT MERVYN'S LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 25, 2008.

Dated: July 25, 2008.

JONES DAY

By: /S/ Steven M. Zadravecz
     Steven M. Zadravecz

Attorneys for Defendant
MERVYN'S, LLC

**Mailing Information for Case 08-CV-1108 WQH (WMc)**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Lynn Hubbard, III
usdcso@hubslaw.com

Charles T. Hoge
choge@knlh.com