STEVEN M. ZADRAVECZ (BAR NO. 185676)
E-mail: szadravecz@jonesday.com
CHRISTOPHER HODSON (BAR NO. 246461)
E-mail: chodson@jonesday.com
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
MERVYN'S, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>               Plaintiff,<br><br>     v.<br><br>MERVYN'S, LLC; SWEETWATER SQUARE, LLC; AARDEMA GRANDCHILDREN'S LP,<br><br>               Defendants. | Case No. 08 CV-1108 WQH (WMc)<br><br>**CERTIFICATE OF SERVICE** |

1    I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk
2    of the Court using the CM/ECF system which will send notification of such filing to the e-mail
3    addresses denoted on the attached Electronic Mail Notice List:

**NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2008.

Dated: August 1, 2008.                     JONES DAY

                                           By: /S/ Steven M. Zadravecz
                                               Steven M. Zadravecz

                                           Attorneys for Defendant
                                           MERVYN'S, LLC

**Mailing Information for Case 08-CV-1108 WQH (WMc)**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Lynn Hubbard, III
usdcso@hubslaw.com

Charles T. Hoge
choge@knlh.com