LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN, 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. OLIVER,<br><br>   Plaintiff,<br><br>v.<br><br>MERVYN'S, LLC; SWEETWATER SQUAR, LLC; AARDEMA GRANDCHILDREN'S LP,<br><br>   Defendants.<br>_____ / | Case No. 08cv1108 (WQH)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT AND ALL PARTIES:

   Plaintiff, A. J. OLIVER, hereby requests that pursuant to FRCP 41 (a)(1), the Court dismiss the above entitled action, with prejudice, **as to Defendant MERVYN'S, LLC *only***.

   Nothing in this request shall be construed to affect Plaintiff's complaint and claims in the above referenced case against defendants other than Defendant MERVYN'S LLC.

Dated: AUGUST 21, 2008          DISABLED ADVOCACY GROUP, APLC


                                 */s/ Lynn Hubbard, III, Esquire*
                                 LYNN HUBBARD, III
                                 Attorney for Plaintiff A. J. Oliver