# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| A.J. OLIVER,<br><br>                          Plaintiff,<br>vs.<br>MERVYN'S LLC; SWEETWATER SQUARE, LLC; AARDEMA GRANDCHILDREN'S LP,<br><br>                          Defendants. | CASE NO. 08cv1108 WQH-WMC<br><br>ORDER |
|---|---|

HAYES, Judge:

   Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice.

DATED: September 19, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge