# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>MERVYN'S, LLC; SWEETWATER SQUARE, LLC; and AARDEMA GRANDCHILDREN'S LP,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08cv1108 WQH-WMC<br><br>ORDER |

HAYES, Judge:

　　The matter before the Court is Plaintiff's notice of voluntary dismissal (Doc. # 15).

　　On August 21, 2008, Plaintiff A.J. Oliver filed a notice of voluntary dismissal (Doc. # 15) requesting the Court to dismiss the above entitled action with prejudice as to Defendant Mervyn's, LLC. On August 27, 2008, the Court ordered (Doc. # 16) that Defendant Mervyn's file any response to Plaintiff's request within in 10 days. Defendant did not file any response. The Court hereby dismisses the above captioned action, with prejudice, as to Defendant Mervyn's LLC only.

DATED: October 6, 2008

　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　United States District Judge